IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                              Case No. 6:14-cr-60009

STEVEN HARRIS                                                DEFENDANT/MOVANT

## ORDER

Before the Court is the Report and Recommendation filed August 23, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 41). Judge Bryant recommends that Movant Steven Harris's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 36) be denied.[1] Specifically, Judge Bryant finds that Movant's motion is time barred, and that even assuming *arguendo* that it was timely filed, Movant's claim for relief fails on the merits because Movant received a sentence well below the advisory guideline range he would have received with the recalculated total offense level he seeks. Thus, Judge Bryant finds that there is no miscarriage of justice to allow section 2255 relief in this instance.

Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Movant's Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 36) is hereby **DENIED** and Movant's Motion to Amend (ECF No. 39) is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 2nd day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Judge Bryant states that Movant also filed a motion to amend his section 2255 motion, seeking to correct errors in the motion. (ECF No. 39). Judge Bryant considered the motion as a supplement to the section 2255 motion and incorporated its contents into his analysis. As such, Judge Bryant recommends that the motion be denied as moot.